■ E. GAYLE McGUIGAN et al. v. MARY E. P. ROBERTS, Defendant, and AMY P. STATTER, Appellant.— Motion for leave to submit copies of bill of particulars denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SAGOLD CORPORATION v. BARBARA HURWITZ et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of JOSEPH P. MEANEY, against STEPHEN P. KENNEDY, as POLICE COMMISSIONER OF THE CITY OF NEW YORK.— Motion granted to the extent of permitting the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, on condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel of the City of New York and files 6 copies of the typewritten petitioner's points, or 19 mimeographed copies thereof, together with the original record, with this court on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion for leave to reargue prior motion denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of ELBERT E. SMITTLE against JUSTICES OF THE COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al.— Motion to modify order of this court entered December 8, 1959 denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of ELBERT E. SMITTLE against JUSTICES OF THE COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al.— Cross motion dismissed, having become academic by virtue of the decision of this court in *Matter of Smittle* v. *Justices of Ct. of Special Sessions* (10 A D 2d 612). Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of HAROLD E. CUNY against VINCENT A. G. O'CONNOR, as Commissioner of the Department of Marine and Aviation of the City of New York.— Motion granted to the extent of permitting the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, on condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel of the City of New York, and files 6 typewritten copies or 19 mimeographed copies thereof, together with the original record, with this court on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of WEIL & CO., INC., against MORWIN REALTY CORP.— Motion for interim stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of ELLIS JOHNSON et al., against NEW YORK CITY TEACHERS' RETIREMENT BOARD.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MARIE BRAZOS v. RICHARD BRUMIDGE et al.— Motion to dismiss appeal denied, without costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.